IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01087-CMA-KLM

CREEK RED NATION, LLC, and
HIGHLANDS RANCH YOUTH FOOTBALL ASSOCIATION, a non-profit corporation,

        Plaintiffs,

v.

JEFFCO MIDGET FOOTBALL ASSOCIATION, INC.,

        Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

        This matter is before the Court on **Plaintiffs' Unopposed Motion to Vacate August 5, 2015 Settlement Conference** [#31][1] (the "Motion") and Defendant's Response [#33].

        IT IS HEREBY **ORDERED** that the Motion [#31] is **GRANTED**.  Accordingly,

        IT IS FURTHER **ORDERED** that the Settlement Conference set for August 5, 2015 at 1:30 p.m. is **VACATED**.

        Dated:  July 28, 2015

---

[1] "[#31]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this Minute Order.