IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-1087

CREEK RED NATION, LLC, and HIGHLANDS RANCH YOUTH FOOTBALL ASSOCIATION, a non-profit corporation

      Plaintiffs,

v.

JEFFCO MIDGET FOOTBALL ASSOCATION, INC.

      Defendant.

---

## STIPULATED ORDER

---

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| /s/Babar Waheed | /s/Heather Hodgson |
| Daniel J. Caplis | Dennis Polk |
| Babar Waheed | Heather Hodgson |
| 4601 DTC Blvd - 900 | 1667 Cole Blvd - 100 |
| Denver, CO 80237 | Golden, CO 80401 |
| 303-770-5551 | 303-233-7838 |
| Attorney for Plaintiffs | Attorney for Defendant |

**SO ORDERED** on this ____6th____ day of __November__, 2015.

                                                    Hon. Kristen L. Mix
                                                  United States Magistrate Judge