IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01087-CMA-KLM

CREEK RED NATION, LLC, and
HIGHLANDS RANCH YOUTH FOOTBALL ASSOCIATION, a non-profit corporation,

    Plaintiffs,

v.

JEFFCO MIDGET FOOTBALL ASSOCIATION, INC.,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion for Entry of Protective Order** [#56][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#56] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#56-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: January 19, 2016

---

[1] "[#56]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.