IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01087-CMA-KLM

CREEK RED NATION, LLC, and
HIGHLANDS RANCH YOUTH FOOTBALL ASSOCIATION, a non-profit corporation,

      Plaintiffs,

v.

JEFFCO MIDGET FOOTBALL ASSOCIATION, INC.,

      Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order** [#83] ("Motion").  The Motion requests that the Court amend the Scheduling Order [#45] to extend the dates by which the parties must complete fact discovery and file dispositive motions to August 30, 2016 and September 30, 2016, respectively.  As good cause, the parties note that they have focused their resources on the upcoming settlement conference slated for May 18, 2016.

      The Court notes that the parties do not state "the **length** of the requested extension or continuance, and the **total number** of extensions or continuances granted previously." D.C.COLO.LCivR 6.1(b) (emphasis added).  Nonetheless,

      IT IS HEREBY **ORDERED** that the Motion [#83] is **GRANTED**.  The Scheduling Order [#83] is amended to reflect the following deadlines:

- Discovery Cutoff Deadline      **August 30, 2016**
- Dispositive Motion Deadline      **September 30, 2016**

      IT IS FURTHER **ORDERED** that **all future motions requesting extension of a deadline that fail to fully comply with the Local Rules will be stricken.**

      Dated:  May 3, 2016